IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br><br>vs.<br><br>**ROSE EMILY LORENZO**<br>**MICHELL STENT-HILTON** | )<br>)<br>)   Criminal No.: __2:25-cr-369__<br>)<br>)<br>)<br>)   MOTION TO UNSEAL<br>)<br>)<br>) |

The United States of America, by the undersigned counsel, hereby files this Motion to Unseal the Indictment in this case. The reason provided for sealing is no longer applicable, and it is not necessary to maintain the Indictment under seal.

Accordingly, the United States of America requests that the Court enter an Order unsealing the Indictment in this matter.

          Respectfully submitted,

          BROOK B. ANDREWS
          ACTING UNITED STATES ATTORNEY

By: __/s/ *Whit Sowards*__
      Whit Sowards (Fed. ID #11844)
      Emily Evans Limehouse (Fed. ID #12300)
      Assistant United States Attorneys
      151 Meeting Street, Ste. 200
      Charleston, South Carolina 29401
      Tel.: (843) 727-4381
      Fax: (843) 727-4443
      Emily.Limehouse@usdoj.gov
      John.Sowards@usdoj.gov

February 26, 2025
Charleston, South Carolina