IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** <br><br> vs. <br><br> **ROSE EMILY LORENZO** <br> **MICHELL STENT-HILTON** | Criminal No.: 2:25-cr-369 <br><br> ORDER GRANTING <br> MOTION TO UNSEAL |

ORDER GRANTING MOTION TO UNSEAL

This matter came before the Court on motion of the Government for a motion to unseal the Indictment in this case as to Rose Emily Lorenzo and Michelle Stent-Hilton.

Having reviewed the Government's Motion to Unseal and for the reasons mentioned in said motion,

IT IS THEREFORE ORDERED that the above-captioned case is hereby unsealed as to.

IT IS SO ORDERED.

_____
THE HONORABLE MARY GORDON BAKER
UNITED STATES MAGISTRATE JUDGE

February 26, 2025
Charleston, South Carolina